UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2017 SEP -6 P 12: 09
U.S. DISTRICT COURT
EASTERN DIST. TN

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:17-CR-98<br>) JUDGES Varlan/Guyton |
| ROY ANTHONY WILLIAMS, | )<br>) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 1, 2017, within the Eastern District of Tennessee and elsewhere, defendant ROY ANTHONY WILLIAMS did travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), in violation of Title 18, United States Code, Section 2423(b).

### COUNT 2

From on or about July 1, 2017, through on or about July 19, 2017, within the Eastern District of Tennessee, defendant ROY ANTHONY WILLIAMS, using a facility or means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to wit, Z.W., to engage in sexual activity for which any person can be charged with a criminal offense, to wit, Tennessee Code Annotated Section 39-13-506(c), which prohibits any person from sexually penetrating a minor or being sexually penetrated by a minor if the minor victim is at least 13 years of age but less than eighteen years of age and the defendant is at least ten years older than the victim, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3

On or about July 19, 2017, within the Eastern District of Tennessee, defendant ROY ANTHONY WILLIAMS did knowingly possess material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(B), that involved a prepubescent minor and minor who had not attained 12 years of age, and which had been transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 3 of this Indictment are re-alleged and incorporated herein by reference for alleging forfeitures pursuant to Title 18, United States Code, Sections 2428 and 2253.

2. Pursuant to Title 18, United States Code, Sections 2428 and 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2423 or 2252A, the defendant ROY ANTHONY WILLIAMS shall forfeit to the United States of America his interests in the following:

    a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

2

3. This property to be forfeited includes, but is not limited to, the following property:

   a. Motorola cellular telephone seized from defendant ROY ANTHONY WILLIAMS on or about July 19, 2017;

   b. Samsung cellular telephone seized from defendant ROY ANTHONY WILLIAMS on or about July 19, 2017; and

   c. Lenovo laptop computer seized from ROY ANTHONY WILLIAMS on or about July 19, 2017.

4. If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL:

NANCY STALLARD HARR
UNITED STATES ATTORNEY

*Barto Slabbekorn*

For MATTHEW T. MORRIS
Assistant United States Attorney

3